United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12872-amc |
| Andrew John Sterner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew John Sterner, 806 Rennard Lane, Morrisville, PA 19067-6816 |
| 14731143 | | David J. Apothaker, Esq, 520 Fellowship Road, Suite C 306, Mount Laurel, NJ 08054-3410 |
| 14734079 | + | Freedom Mortgage Corporation, C/O Matthew K. Fissel, Esq, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14731148 | + | MV Realty of PA, LLC, 600 N 2nd Street - Ste 401, Harrisburg, PA 17101-1071 |
| 14731150 | + | Portnoy Schneck, LLC, 3705 QUAKERBRIDGE RD STE 116, Trenton, NJ 08619-1288 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 27 2025 00:55:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 27 2025 00:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14731138 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 27 2025 00:55:00 | AAFES/Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14731139 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 27 2025 00:54:00 | Apple Card - GS Bank USA, PO Box 7247, Lockbox 6112, Philadelphia, PA 19170-6112 |
| 14731140 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 03:04:51 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14731141 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2025 00:55:00 | Cavalary Portfolio Services, 500 Summit Lake Dr, Suite 400, Valhalla, NY 10595-2321 |
| 14734465 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2025 00:55:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14731142 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2025 03:04:51 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 14731144 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 27 2025 02:01:55 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14731145 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2025 00:54:00 | Freedom Mortgage, PO Box 50485, Indianapolis, IN 46250-0485 |
| 14734080 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 27 2025 00:54:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14745979 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:55:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14731146 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

Case 22-12872-amc   Doc 33   Filed 02/28/25   Entered 03/01/25 00:34:40   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 27 2025 03:04:51 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 14737250 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2025 00:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14736466 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741691 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:29:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14731147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:29:27 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14731149 | | Email/Text: ext_ebn_inbox@navyfederal.org | Feb 27 2025 00:55:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 14731336 | ^ | MEBN | Feb 27 2025 00:26:21 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14746306 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:51:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14745339 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:55:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14737222 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2025 00:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14731152 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 27 2025 00:54:00 | TBOM/ATLS/Fortiva THD, PO Box 10555, Atlanta, GA 30310-0555 |
| 14731153 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 27 2025 00:55:00 | TBOM/Milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 14744414 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 27 2025 03:04:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14731154 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 27 2025 00:54:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14744115 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14731151 | ## | Scott & Associates PC, 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025          Signature:          /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 26, 2025 | Form ID: 138OBJ | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor Andrew John Sterner claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com  wbecf@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 31 – 29

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Andrew John Sterner ) Case No. 22−12872−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 26, 2025

For The Court

Timothy B. McGrath
Clerk of Court